Clinton WILLIAMS, Appellant, v. UNITED STATES of America, Appellee.

No. 3446.

Circuit Court of Appeals, Fourth Circuit.

Jan. 18, 1933.

J. Francis McCormick, Morris S. Snyder, and John S. L. Yost, all of Baltimore, Md., for appellant.

Simon E. Soboloff, U. S. Atty., and Donald P. Roman, Asst. U. S. Atty., both of Baltimore, Md.

PER CURIAM.

Judgment of District Court affirmed. Judgment filed.

In the Matter of WILLIAMS COAL CO., Bankrupt.

CITIZENS' NATIONAL BANK OF EVANSVILLE v. John W. BRADY, Receiver in Bankruptcy, etc.

No. 4867.

Circuit Court of Appeals, Seventh Circuit.

March 13, 1933.

O. W. McGinnis, Richard Waller, and Richard R. McGinnis, all of Evansville, Ind., for appellants.

Phelps F. Darby, of Evansville, Ind., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Come now the appellant and appellee in the above-entitled cause by their respective counsel and show to the court that said appellant and appellee have agreed, subject to the approval of this court, that the appeal in the above-entitled cause be dismissed at the cost of the appellant and now here said appellant and appellee jointly move the court that said appeal be dismissed, which motion is by the court now granted.

It is therefore hereby considered and ordered by the court that the appeal in the above-entitled cause be, and the same hereby is, dismissed, at the cost of the appellant.

John Walter WILLS, Jr., v. Jacob GROSSMAN, Rosa Grossman, and Morris Grossman.

No. 6116.

Circuit Court of Appeals, Sixth Circuit.

Jan. 19, 1933.

John W. Wills, Jr., of Cleveland, Ohio, pro se.

Joseph H. Mellen, of Cleveland, Ohio, for appellees.

PER CURIAM.

Dismissed for failure to comply with General Equity Rule 75–b.